IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARLOS A. HICKS,

    Petitioner,

v.    CASE NO. 5:13-cv-83-RS-EMT

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 18). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Amended Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2241 (Doc. 7) is **DENIED**.

3. The clerk is directed to close the file.

**ORDERED** on September 30, 2013.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**